**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

**06/04/2024**

**Counsel Status Hrng Scheduled**

**Scheduled For:** 09/23/2024; 9:00 AM; JOSEPH L. WALSH III ; St Louis County

**Order**

CAUSE IS HEREBY REMOVED FROM THE DISMISSAL DOCKET AND SET FOR STATUS 9/23/24 AT 9:00AM. SO ORDERED: JUDGE ELLEN RIBAUDO FOR DIVISION 17

**Associated Entries: 04/26/2024 - Dismissal Hearing Scheduled**

**Scheduled For:** 06/06/2024; 9:00 AM; JOSEPH L. WALSH III ; St Louis County

**05/31/2024**

**Affidavit for Service by Mail**

Affidavit for Service of Process.

**Filed By:** MARK EDWARD BLANKENSHIP

**On Behalf Of:** VANESSA LANGE

**Agent Served**

Document ID - 24-SMCC-4661; Served To - JOHN DOE 5; Served Date - 05/29/2024; Served Time - 13:34:10; Service Type - SP; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 24-SMCC-4660; Served To - JOHN DOE 4; Served Date - 05/29/2024; Served Time - 13:33:03; Service Type - SP; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 24-SMCC-4659; Served To - JOHN DOE 3; Served Date - 05/29/2024; Served Time - 13:31:55; Service Type - SP; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 24-SMCC-4658; Served To - JOHN DOE 2; Served Date - 05/29/2024; Served Time - 13:30:43; Service Type - SP; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 24-SMCC-4657; Served To - JOHN DOE 1; Served Date - 05/29/2024; Served Time - 13:29:16; Service Type - SP; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 24-SMCC-4656; Served To - WAL-MART STORES EAST LP; Served Date - 05/29/2024; Served Time - 13:27:36; Service Type - SP; Reason Description - SERV; Service Text -

**05/28/2024**

**Alias Summons Issued**

Document ID: 24-SMCC-4661, for DOE 5, JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Alias Summons Issued**

Document ID: 24-SMCC-4660, for DOE 4, JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Alias Summons Issued**

Document ID: 24-SMCC-4659, for DOE 3, JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Alias Summons Issued**

Document ID: 24-SMCC-4658, for DOE 2, JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Alias Summons Issued**

Document ID: 24-SMCC-4657, for DOE 1, JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Alias Summons Issued**

Document ID: 24-SMCC-4656, for WAL-MART STORES EAST LP.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**05/13/2024**

**Summons Req-3rd Party**
SPS Approved Request for Appointment of Process Server.
**Filed By:** MARK EDWARD BLANKENSHIP
**On Behalf Of:** VANESSA LANGE

**05/10/2024**

**Judge/Clerk - Note**
PLEASE SUBMIT SPECIAL PROCESS SERVER FORM FOR THE ISSUANCE OF SUMMONS. SPECIAL PROCESS SERVER FORMS MAY BE FOUND ON THE STL COUNTY COURTS WEBSITE.

**04/28/2024**

**Alias Summons Requested**
Request for Issuance of New Summons; Non-est Summons 1; Non-est Summons 2; Non-est Summons 3; Non-est Summons 4; Non-est Summons 5; Non-est Summons 6.
**Filed By:** MARK EDWARD BLANKENSHIP
**On Behalf Of:** VANESSA LANGE

**Summons Returned Non-Est**
Document ID - 23-SMCC-5867; Served To - JOHN DOE 5; Served Date - 05/10/2024; Served Time - 08:32:55; Service Type - SP; Reason Description - NEST; Service Text -

**Summons Returned Non-Est**
Document ID - 23-SMCC-5866; Served To - JOHN DOE 4; Served Date - 05/10/2024; Served Time - 08:32:12; Service Type - SP; Reason Description - NEST; Service Text -

**Summons Returned Non-Est**
Document ID - 23-SMCC-5865; Served To - JOHN DOE 3; Served Date - 05/10/2024; Served Time - 08:31:35; Service Type - SP; Reason Description - NEST; Service Text -

**Summons Returned Non-Est**
Document ID - 23-SMCC-5864; Served To - JOHN DOE 2; Served Date - 05/10/2024; Served Time - 08:30:57; Service Type - SP; Reason Description - NEST; Service Text -

**Summons Returned Non-Est**
Document ID - 23-SMCC-5863; Served To - JOHN DOE 1; Served Date - 05/10/2024; Served Time - 08:30:30; Service Type - SP; Reason Description - NEST; Service Text -

**Summons Returned Non-Est**
Document ID - 23-SMCC-5862; Served To - WAL-MART STORES EAST LP; Served Date - 05/10/2024; Served Time - 08:29:59; Service Type - SP; Reason Description - NEST; Service Text -

**04/26/2024**

**Notice**
**Dismissal Hearing Scheduled**

**Associated Entries: 06/04/2024 -**
**Order**
**+**
**Scheduled For: 06/06/2024; 9:00 AM; JOSEPH L. WALSH III ; St Louis County**

**07/24/2023**

**Summons Issued-Circuit**
Document ID: 23-SMCC-5867, for DOE 5, JOHN Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**
Document ID: 23-SMCC-5866, for DOE 4, JOHN Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**
Document ID: 23-SMCC-5865, for DOE 3, JOHN Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**
Document ID: 23-SMCC-5864, for DOE 2, JOHN Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**
Document ID: 23-SMCC-5863, for DOE 1, JOHN Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**
Document ID: 23-SMCC-5862, for WAL-MART STORES EAST LP Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Judge Assigned**
DIV 17

**07/21/2023**

**Filing Info Sheet eFiling**

**Motion Special Process Server**
Request for Appointment of Process Server.
**On Behalf Of:** VANESSA LANGE

**Entry of Appearance Filed**
Entry of Appearance MEB.
**On Behalf Of:** VANESSA LANGE

**Entry of Appearance Filed**
Entry of Appearance JAO.
**On Behalf Of:** VANESSA LANGE

**Pet Filed in Circuit Ct**
Petition.
**On Behalf Of:** VANESSA LANGE

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:56 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| VANESSA LANGE<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP d/b/a WALMART INC.<br><br>Serve Registered Agent:<br><br>C T Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105<br><br>And,<br><br>JOHN DOE 1<br><br>And,<br><br>JOHN DOE 2<br><br>And,<br><br>JOHN DOE 3<br><br>And,<br><br>JOHN DOE 4<br><br>And,<br><br>JOHN DOE 5<br><br>Defendants. | Case No.:<br><br>Div. No.:<br><br>**JURY TRIAL DEMANDED** |

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

## PETITION

COMES NOW Plaintiff Vanessa Lange, by and through her undersigned counsel, and for her causes of action against Defendant Wal-Mart and Defendants John Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5, states and alleges as follows:

## PARTIES AND JURISDICITON

1. Plaintiff Vanessa Lange is a resident of Olivette, St. Louis County, Missouri 63132.

2. Defendant Wal-Mart is a foreign corporation licensed to do business in Missouri. They can be served with process through their registered agent at the address listed above.

3. Defendant Wal-Mart owns and operates the Wal-Mart at 1900 Maplewood Commons Drive, Maplewood, Missouri 63143, Maplewood Supercenter #5150, that is the subject of this lawsuit.

4. Defendants John Doe 1, 2, 3, 4, and 5 are, and at all times relevant to this lawsuit were, employed by Defendant Wal-Mart.

5. Plaintiff requests leave of Court to modify her petition following initial discovery as to the identity of Defendants John Doe 1, 2, 3, 4, and 5.

## VENUE

6. All of the acts or omissions giving rise to Plaintiff Lange's claim for relief occurred in St. Louis County, Missouri, where the case is properly venued.

## FACTS COMMON TO ALL COUNTS

7. On or around July 22, 2018, Plaintiff Lange visited Wal-Mart #5150 located at 1900 Maplewood Commons Drive, Maplewood, Missouri 63143.

8. Plaintiff Lange visited Wal-Mart as an invitee.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:56 PM

9. Plaintiff Lange was in the Wal-Mart parking lot when a female jumped her. Plaintiff was hit multiple times in the face and was knocked down to the ground.

10. Plaintiff suffered physical injuries from this assault in the parking lot, including but not limited to, head, back, neck, and finger pain.

11. Plaintiff reported the assault to Wal-Mart employees or agents.

12. At all times relevant herein, Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were agents, servants, and/or employees of Defendant Wal-Mart.

13. Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were at all times relevant to this case acting within the course and scope of their employment at Wal-Mart.

14. Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were at all times relevant to this case acting in their capacity as agents, servants, and/or employees of Defendant Wal-Mart.

15. Plaintiff reported the assault to Defendants John Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5.

16. Plaintiff requests leave of Court to modify this petition and identify Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 with particularity following Defendant Wal-Mart's responses to initial discovery regarding their identities.

17. When Plaintiff reported her assault to Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5, they began insulting Plaintiff and laughing at her.

18. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 insulted Plaintiff and made jokes at her expense about her mental disorder and/or intellectual disability.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

**COUNT I: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANTS JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, AND JOHN DOE 5**

19. Plaintiff restates every paragraph in this petition here again in their entirety.

20. Plaintiff suffered serious emotional damages because of the conduct of Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5.

21. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 acted intentionally or recklessly.

22. The conduct of Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 was extreme and outrageous.

23. Plaintiff suffered severe emotional damages as a direct and proximate result of the extreme and outrageous conduct of Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5.

24. Plaintiff's severe emotional distress resulted in bodily harm.

25. Plaintiff has suffered wage loss damages in the past and will continue to do so in the future. Plaintiff has suffered medical bills in the past and will suffer the same in the future. Plaintiff has had pain and suffering in the past, and will continue to do so in the future because of the Defendants' conduct.

WHEREFORE, Plaintiff Lange prays judgment against all Defendants, and each of them, jointly and severally, with all other Defendants for damages as follows:

a. For actual damages in a sum in excess of Twenty-Five Thousand Dollars ($ 25,000.00) as is found fair and reasonable by a jury to compensate her for her injuries and damages;
b. For all other damages pled together with their costs and for such other relief as this Court deems just and proper under the circumstances.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

**COUNT II: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANTS DOE 1, DOE 2, DOE 3, DOE 4, AND DOE 5**

26. Plaintiff restates every paragraph in this petition here again in their entirety.

27. Plaintiff suffered serious emotional damages because of the conduct of Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5.

28. The conduct of Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 involved an unreasonable risk of causing distress.

29. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 each should have realized their own conduct involved an unreasonable risk of causing the distress.

30. The conduct of Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 was extreme and outrageous.

31. Plaintiff suffered severe emotional damages as a direct and proximate result of the extreme and outrageous conduct of Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5.

32. Plaintiffs emotional distress and mental injury was, and is, medically diagnosable and sufficiently severe to be medically significant.

33. Plaintiff has suffered wage loss damages in the past and will continue to do so in the future. Plaintiff has suffered medical bills in the past and will suffer the same in the future. Plaintiff has had pain and suffering in the past, and will continue to do so in the future because of the Defendants' conduct.

WHEREFORE, Plaintiff Lange prays judgment against all Defendants, and each of them, jointly and severally, with all other Defendants for damages as follows:

a. For actual damages in a sum in excess of Twenty-Five Thousand Dollars ($ 25,000.00) as is found fair and reasonable by a jury to compensate her for her injuries and damages; and

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

b. For all other damages pled together with their costs and for such other relief as this Court deems just and proper under the circumstances.

**COUNT II: RESPONDEAT SUPERIOR**

34. Plaintiff restates every paragraph in this petition here again in their entirety.

35. At all times relevant herein, Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were agents, servants, and/or employees of Defendant Wal-Mart.

36. Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were at all times relevant to this case acting within the course and scope of their employment at Wal-Mart.

37. Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were at all times relevant to this case acting in their capacity as agents, servants, and/or employees of Defendant Wal-Mart.

38. Defendant Wal-Mart has a duty to make and keep its premises reasonably safe for its invitees.

39. Defendant Wal-Mart has a duty to help its invitees.

40. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 have duties to make and keep the premises reasonably safe for invitees and to help invitees, as employees, agents, and/or servants of Defendant Wal-Mart.

41. Defendants John Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 were talking to Plaintiff Lange in furtherance of their duties as employees, agents, and/or servants of Defendant Wal-Mart.

42. During such conversation, Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 became aware of Plaintiff's mental disorder.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

43. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 then insulted Plaintiff and made fun of her for her mental disorder.

44. Defendant Wal-Mart is liable under the doctrine of respondeat superior for such misconduct of its employees acting within the course and scope of their employment.

45. Such conduct of the defendant employees arose naturally from their performance of the employer's work.

WHEREFORE, Plaintiff Lange prays judgment against all Defendants, and each of them, jointly and severally, with all other Defendants for damages as follows:

a. For actual damages in a sum in excess of Twenty-Five Thousand Dollars ($ 25,000.00) as is found fair and reasonable by a jury to compensate her for her injuries and damages; and

b. For all other damages pled together with their costs and for such other relief as this Court deems just and proper under the circumstances.

**COUNT III: NEGLIGENT HIRING, SUPERVISION, AND TRAINING AGAINST DEFENDANT WALMART**

46. Plaintiff restates every paragraph in this petition here again in their entirety.

47. At all times relevant herein, Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were agents, servants, and/or employees of Defendant Wal-Mart.

48. Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were at all times relevant to this case acting within the course and scope of their employment at Wal-Mart.

49. Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 were at all times relevant to this case acting in their capacity as agents, servants, and/or employees of Defendant Wal-Mart.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:56 PM

50. Defendant Wal-Mart has a duty to make and keep its premises reasonably safe for its invitees.

51. Defendant Wal-Mart has a duty to help its invitees.

52. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 have duties to make and keep the premises reasonably safe for invitees and to help invitees, as employees, agents, and/or servants of Defendant Wal-Mart.

53. Defendants John Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 were talking to Plaintiff Lange in furtherance of their duties as employees, agents, and/or servants of Defendant Wal-Mart.

54. During such conversation, Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 became aware of Plaintiff's mental disorder.

55. Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 then insulted Plaintiff and made fun of her for her mental disorder.

56. Defendant Walmart have a duty to use reasonable care when hiring, retaining, supervising, and training employees to ensure that they do not hire individuals who may pose a threat of injury to fellow employees, members of the public, or the workplace in general.

57. Defendant Wal-Mart is liable for negligent hiring, supervision, and training for such misconduct of its employees acting within the course and scope of their employment because:

a. The employer failed to properly hire employees who would not cause any physical or emotional harm to invitees within Defendant Walmart's premises.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

b. The employer failed to properly train and/or educate an employee responsible for securing an employer's facility or guarding the safety of the employer's property on how to perform the job safely and effectively.

c. The employer failed to provide the necessary knowledge, training, and customer service to an employee necessary to properly perform the job.

d. But for such lack in training and supervision, Plaintiff would not have been assaulted within Defendant's premises.

e. But for such lack in training and supervision, Plaintiff would not have been insulted and ridiculed by Defendants Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5.

58. Such conduct of the defendant employees arose naturally from their performance of the employer's work.

WHEREFORE, Plaintiff Lange prays judgment against all Defendants, and each of them, jointly and severally, with all other Defendants for damages as follows:

a. For actual damages in a sum in excess of Twenty-Five Thousand Dollars ($ 25,000.00) as is found fair and reasonable by a jury to compensate her for her injuries and damages; and

b. For all other damages pled together with their costs and for such other relief as this Court deems just and proper under the circumstances.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

Respectfully submitted,

**OTT LAW FIRM**

Joseph A. Ott, #67889

Mark E. Blankenship Jr., #73123

3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| VANESSA LANGE | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| WAL-MART STORES EAST, LP d/b/a WALMART INC. | ) | Case No.: |
| And, | ) | |
| JOHN DOE 1 | ) | |
| And, | ) | |
| JOHN DOE 2 | ) | |
| And, | ) | |
| JOHN DOE 3 | ) | |
| And, | ) | |
| JOHN DOE 4 | ) | |
| And, | ) | |
| JOHN DOE 5 | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Joseph A. Ott, an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

Joseph A. Ott, #67889
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
*Attorneys for Plaintiff*

23SL-CC03022

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

VANESSA LANGE )
)
Plaintiff, )
)
v. )
)
WAL-MART STORES EAST, LP d/b/a )
WALMART INC. )
) Case No.:
And, )
)
JOHN DOE 1 ) **JURY TRIAL DEMANDED**
)
And, )
)
JOHN DOE 2 )
)
And, )
)
JOHN DOE 3 )
)
And, )
)
JOHN DOE 4 )
)
And, )
)
JOHN DOE 5 )
)
Defendants. )
)

**ENTRY OF APPEARANCE**

COMES NOW Mark E. Blankenship Jr., an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:56 PM

Mark Edward Blankenship Jr

Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
mark@ott.law
*Attorneys for Plaintiff*

23SL-CC03022

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

July 21, 2023
Date

VANESSA LANGE
Plaintiff/Petitioner

Case Number

vs.

Division

WAL-MART STORES EAST, LP d/b/a WALMART, INC.
Defendant/Respondent

# REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff by and through undersigned counsel (Requesting Party), pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| Tim Moore - STL ProServe | 6614 Clayton Road #311, St. Louis, MO 63117 | 314-962-2222 |
| Name of Process Server | Address or in the Alternative | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Walmart Stores East (Reg. Agent: C T Corporation System)
Name
120 South Central Avenue
Address
Clayton, MO 63105
City/State/Zip

SERVE:
John Does 1-5 (Reg. Agent: C T Corporation System)
Name
120 South Central Avenue
Address
Clayton, MO 63105
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By
Deputy Clerk

Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
67889
Bar No.
3544 Oxford Blvd., Maplewood, MO 63143
Address
(314) 293-3756
Phone No.
(314) 689-0080
Fax No.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

Local Rule 28. SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system. Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

23SL-CC03022

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

VANESSA LANGE
Plaintiff/Petitioner

July 21, 2023
Date

Case Number

vs.

WAL-MART STORES EAST, LP d/b/a WALMART, INC.
Defendant/Respondent

Division

# REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff by and through undersigned counsel (Requesting Party), pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| Tim Moore - STL ProServe | 6614 Clayton Road #311, St. Louis, MO 63117 | 314-962-2222 |
| Name of Process Server | Address or in the Alternative | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Walmart Stores East (Reg. Agent: C T Corporation System)
Name
120 South Central Avenue
Address
Clayton, MO 63105
City/State/Zip

SERVE:
John Does 1-5 (Reg. Agent: C T Corporation System)
Name
120 South Central Avenue
Address
Clayton, MO 63105
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By /S/ Adam Dockery
Deputy Clerk

07/24/2023
Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
67889
Bar No.
3544 Oxford Blvd., Maplewood, MO 63143
Address
(314) 293-3756 Phone No.
(314) 689-0080 Fax No.

Electronically Filed - ST LOUIS COUNTY - July 21, 2023 - 01:58 PM

Local Rule 28. SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system. Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** **WAL-MART STORES EAST LP**
**Alias:**
**DBA: WALMART INC**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

**Clerk**

**Further Information:**
**WAW**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☐ other ______________.

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________ (date).

*(Seal)*

My commission expires: ______________ Date

______________ Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $______ | |
| Non Est | $______ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $______ | (______ miles @ $.______ per mile) |
| **Total** | **$______** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 1**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

**Clerk**

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date

______________________ Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $______________ | |
| Non Est | $______________ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $______________ | (______ miles @ $.______ per mile) |
| **Total** | **$**______________ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) <u>Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>**vs.** | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 2**
**Alias:**

**CT COPORATION SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO 63105**

***COURT SEAL OF***

***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☐ other ______________.

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________ (date).

*(Seal)*

My commission expires: ______________ Date

______________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (_____ miles @ $._____ per mile) |
| **Total** | **$**__________ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** | |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 3**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (_____ miles @ $._____ per mile) |
| **Total** | **$__________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 4**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (_____ miles @ $._____ per mile) |
| **Total** | **$**__________ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** |
| Plaintiff/Petitioner: VANESSA LANGE **vs.** | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 5**
**Alias:**

**CT CORPORATION SYSTEM**
**120 CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | **$__________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| Case: 23SL-CC03022 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134765 (24-SMCC-4656) |
|---|---|---|---|
| **Plaintiff / Petitioner:** VANESSA LANGE | | **Defendant / Respondent:** WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | For: OTT LAW FIRM | |
| **To be served upon:** WAL-MART STORES EAST LP DBA:WALMART INC. C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR WAL-MART STORES EAST LP DBA:WALMART INC. C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:57 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:57 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR WAL-MART STORES EAST LP DBA:WALMART INC. C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me,*

Cathy Straub [signature]

Notary Public

5/29/2024 2/05/2025

Date Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** WAL-MART STORES EAST LP
Alias:
DBA: WALMART INC

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

1113476S

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

28-MAY-2024
Date

Clerk

Further Information:
WAW

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☐ other ______.

Served at ______ (address)

in ______ (County/City of St. Louis), MO, on ______ (date) at ______ (time).

______ Printed Name of Sheriff or Server ______ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)* My commission expires: ______ Date ______ Notary Public

Tim 6/27

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134842 (24-SMCC-4657) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | **Defendant / Respondent:** WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | For: OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 1 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 1 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 1:00 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 1:00 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 1 C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

5/29/2024 2/05/2025

Date Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

1113482

TM 6/27

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 1**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
WAW

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134992 (24-SMCC-4658) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | For: OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 2 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 2 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:57 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:57 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 2 C/O CT CORPORATION SYSTEM.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature] 5/29/24
Tim Moore 329 — Date

[signature: Cathy Straub]
Notary Public
5/29/2024 — Date
2/05/2025 — Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 | |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 | |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | |
| Nature of Suit: CC Pers Injury-Other | | (Date File Stamp) |

111392

Tim 6/27

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 2**
**Alias:**

**CT COPORATION SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134854 (24-SMCC-4659) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | For: OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 3 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 3 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:59 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:59 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 3 C/O CT CORPORATION SYSTEM.

5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

5/29/2024

Date

2/05/2025

Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

111,34854

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 | |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 3**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

### Sheriff's or Server's Return

Tim 6127

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date

______________________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | **County:** ST LOUIS, MO | **Job:** 11134817 (24-SMCC-4660) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | **Defendant / Respondent:** WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | **For:** OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 4 C/O CT CORPORATION SYSTEM | | | **Court Date:** |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 4 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 1:00 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 1:00 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 4 C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

**Tim Moore**
329

**Date**

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Cathy Straub [signature]

Notary Public

5/29/2024 — 2/05/2025

Date — Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner:<br>VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 4**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

1113481 1

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

28-MAY-2024
Date

Clerk

**Further Information:**
WAW

Tim 6/27

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☐ other ______

Served at ______ (address)

in ______ (County/City of St. Louis), MO, on ______ (date) at ______ (time).

______
Printed Name of Sheriff or Server

______
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)*

My commission expires: ______
Date

______
Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| Case: 23SL-CC03022 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134983 (24-SMCC-4661) |
|---|---|---|---|
| Plaintiff / Petitioner: VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| Received by: Pro Serve | | For: OTT LAW FIRM | |
| To be served upon: JOHN DOE 5 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 5 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:58 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:58 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 5 C/O CT CORPORATION SYSTEM.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature] 5/29/24
Tim Moore Date
329

[signature]
Notary Public
5/29/2024 2/05/2025
Date Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

1113498

**The State of Missouri to: JOHN DOE 5**
**Alias:**

**CT CORPORATION SYSTEM**
**120 CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

cm 6/27

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☐ other ______________

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________ (date).

*(Seal)*

My commission expires: ______________ Date

______________ Notary Public

Electronically Filed - ST LOUIS COUNTY - April 28, 2024 - 08:22 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| VANESSA LANGE<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP d/b/a WALMART INC.<br><br>And,<br><br>JOHN DOE 1<br><br>And,<br><br>JOHN DOE 2<br><br>And,<br><br>JOHN DOE 3<br><br>And,<br><br>JOHN DOE 4<br><br>And,<br><br>JOHN DOE 5<br><br>Defendants. | Case No.: 23SL-CC03022<br><br>Div. No.: 17<br><br>**JURY TRIAL DEMANDED** |

**REQUEST FOR ISSUANCE OF NEW SUMMONS**

COMES NOW, Mark E. Blankenship Jr., and Ott Law Firm on behalf of the Plaintiff, and requests that an alias/pluries/new summons be issued for Defendants, who may be served at:

C T Corporation System (Registered Agent)
120 South Central Avenue
Clayton, MO 63105

Electronically Filed - ST LOUIS COUNTY - April 28, 2024 - 06:22 PM

OTT LAW FIRM

/s/ Mark Edward Blankenship

Mark E. Blankenship, #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
mark@ott.law
*Attorneys for Plaintiff*

Electronically Filed - ST LOUIS COUNTY - May 13, 2024 - 05:52 PM

In the
**CIRCUIT COURT**
**Of St. Louis County, Missouri**

For File Stamp Only

Vanessa Lange
Plaintiff/Petitioner

vs.

Walmart Stores East LP d/b/a Walmart Inc.
Defendant/Respondent

May 13, 2024
Date

23SL-CC03022
Case Number

Division

# REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff by and through her undersigned counsel (Requesting Party), pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| Tim Moore - Pro Serve | 6614 Clayton Rd #311, St. Louis, MO 63117 | (314) 227-9209 |
| Name of Process Server | Address or in the Alternative | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Name: C T Corporation System (Registered Agent)
Address: 120 South Central Avenue
City/State/Zip: Clayton, MO 63105

SERVE:
Name:
Address:
City/State/Zip:

SERVE:
Name: John Does 1-5 (Reg. Agent: C T Corporation System)
Address: 120 South Central Avenue
City/State/Zip: Clayton, MO 63105

SERVE:
Name:
Address:
City/State/Zip:

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By ______________________
Deputy Clerk

______________________
Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
67889
Bar No.
3407 S. Jefferson Ave. Ste. 508, St. Louis, MO 63118
Address
(314) 293-3756 Phone No.
(314) 689-0080 Fax No.

Electronically Filed - ST LOUIS COUNTY - May 13, 2024 - 03:52 PM

Local Rule 28. SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system. Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: WAL-MART STORES EAST LP**
**Alias:**
**DBA: WALMART INC**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVE**
**CLAYTON, MO 63105**

***COURT SEAL OF***

***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

**Clerk**

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (_____ miles @ $._____ per mile) |
| **Total** | **$__________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** | |
| Plaintiff/Petitioner: VANESSA LANGE **vs.** | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 | |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | |
| Nature of Suit: CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 1**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

**Clerk**

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_______________ |
| Non Est | $_______________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_______________ (______ miles @ $.______ per mile) |
| **Total** | **$_______________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** | |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 2**
**Alias:**

**CT COPORATION SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (_____ miles @ $._____ per mile) |
| **Total** | **$**__________ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 3**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

**Clerk**

**Further Information:**
**WAW**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

Summons $______________
Non Est $______________
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $______________ (______ miles @ $.______ per mile)
**Total** $______________

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 | |
| Plaintiff/Petitioner:<br>VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 4**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)* My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________ |
| Non Est | $________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________ (_____ miles @ $.______ per mile) |
| **Total** | **$________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3)** **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | **Case Number: 23SL-CC03022** |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 5**
**Alias:**

**CT CORPORATION SYSTEM**
**120 CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________ |
| Non Est | $________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________ (______ miles @ $.______ per mile) |
| **Total** | **$________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| Case: 23SL-CC03022 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134765 (24-SMCC-4656) |
|---|---|---|---|
| Plaintiff / Petitioner: VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| Received by: Pro Serve | | For: OTT LAW FIRM | |
| To be served upon: WAL-MART STORES EAST LP DBA:WALMART INC. C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR WAL-MART STORES EAST LP DBA:WALMART INC. C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:57 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:57 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR WAL-MART STORES EAST LP DBA:WALMART INC. C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me,*

[signature]

Notary Public

5/29/2024 2/05/2025

Date Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 | |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** WAL-MART STORES EAST LP
Alias:
DBA: WALMART INC

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

1113476S

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

28-MAY-2024
Date

Clerk

Further Information:
WAW

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☐ other ______________

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

Tim Cull 6/27

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134842 (24-SMCC-4657) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | For: OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 1 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 1 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 1:00 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 1:00 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 1 C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]

Notary Public

5/29/2024 — Date

2/05/2025 — Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

1113482

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 1**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

TIM 6/27

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| Case: 23SL-CC03022 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134992 (24-SMCC-4658) |
| Plaintiff / Petitioner: VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| Received by: Pro Serve | | For: OTT LAW FIRM | |
| To be served upon: JOHN DOE 2 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 2 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:57 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:57 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 2 C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

5/29/2024 — Date

2/05/2025 — Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

111349992

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 2**
**Alias:**

**CT COPORATION SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

Tim 6/27

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | **County:** ST LOUIS, MO | **Job:** 11134854 (24-SMCC-4659) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | **Defendant / Respondent:** WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | **For:** OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 3 C/O CT CORPORATION SYSTEM | | | **Court Date:** |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 3 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:59 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:59 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 3 C/O CT CORPORATION SYSTEM.

[signature]
Tim Moore
329

5/29/24
Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]
Notary Public

5/29/2024
Date

2/05/2025
Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 23SL-CC03022 | |
| Plaintiff/Petitioner:<br>VANESSA LANGE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST LP<br>DBA: WALMART INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

1113485

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 3**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

Tim 6/27

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11134817 (24-SMCC-4660) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | Defendant / Respondent: WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | For: OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 4 C/O CT CORPORATION SYSTEM | | | Court Date: |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 4 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 1:00 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 1:00 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 4 C/O CT CORPORATION SYSTEM.

[signature] 5/29/24

Tim Moore
329

Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]

Notary Public

5/29/2024 2/05/2025

Date Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735781
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 | |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 | |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | |
| Nature of Suit: CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 4**
**Alias:**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**SAINT LOUIS, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date ______________________ Notary Public

Tim 6/27

1113481-1

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:13 PM

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 23SL-CC03022 | **Court:** 21ST JUDICIAL CIRCUIT COURT | **County:** ST LOUIS, MO | **Job:** 11134983 (24-SMCC-4661) |
| **Plaintiff / Petitioner:** VANESSA LANGE | | **Defendant / Respondent:** WAL-MART STORES EAST LP DBA:WALMART INC. | |
| **Received by:** Pro Serve | | **For:** OTT LAW FIRM | |
| **To be served upon:** JOHN DOE 5 C/O CT CORPORATION SYSTEM | | | **Court Date:** |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BONNIE LOVE FOR JOHN DOE 5 C/O CT CORPORATION SYSTEM, COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Authorized, May 29, 2024, 12:58 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES & JURISDICTION, FACTS COMMON TO ALL COUNTS, COUNTS 1-3 AND REP LETTER

**Additional Comments:**
1) Successful Attempt: May 29, 2024, 12:58 pm CDT at COMPANY: 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105 received by BONNIE LOVE FOR JOHN DOE 5 C/O CT CORPORATION SYSTEM.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Tim Moore
329

Date: 5/29/24

Notary Public

Date: 5/29/2024

Commission Expires: 2/05/2025

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - ST LOUIS COUNTY - May 31, 2024 - 04:19 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JOSEPH L. WALSH III | Case Number: 23SL-CC03022 |
| Plaintiff/Petitioner: VANESSA LANGE vs. | Plaintiff's/Petitioner's Attorney/Address MARK EDWARD BLANKENSHIP 3544 OXFORD BLVD MAPLEWOOD, MO 63143 |
| Defendant/Respondent: WAL-MART STORES EAST LP DBA: WALMART INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 5**
**Alias:**

**CT CORPORATION SYSTEM**
**120 CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**28-MAY-2024**
**Date**

Clerk

**Further Information:**
**WAW**

1113498 3

11m 6/27

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☐ other ______________.

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________ (date).

*(Seal)* My commission expires: ______________ Date ______________ Notary Public

In the
**CIRCUIT COURT**
**of St. Louis County, Missouri**

Vanessa Lange
Plaintiff

vs.

Walmart Stores East LP et al
Defendant

Date /05/31/2024

Case Number 23SL-CC03022

Division

For File Stamp Only

FILED
MAY 31 2024
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

FILED IN DIV. 17
JUN 04 2024
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

# ORDER TO REMOVE CASE FROM DISMISSAL DOCKET

Case removed from the Dismissal Docket of ____________.

☐ Default and Inquiry granted, to be heard within ________ (days).

☐ Defendant in default; case to be set and heard within ________ (days).

☐ Summons shall be requested within ________ (days).

☐ Motion to dismiss/make more definite, etc. to be argued within ________ (days).

☐ Discovery shall be completed by ____________.

☒ Other: Set for status on September 23, 2024 @ 9am

FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN IMMEDIATE DISMISSAL OF THIS CASE WITH NO FURTHER NOTICE, PURSUANT TO MISSOURI SUPREME COURT ADMINISTRATIVE RULE 17 ESTABLISHING CASE PROCESSING TIME STANDARDS FOR MISSOURI TRIAL COURTS.

[signature] #75123
Attorney Bar No.
3544 Oxford Blvd, Maplewood, MO 63143
Address
314 293 3756 314 689 0080
Phone No. Fax No.

Attorney Bar No.

Address

Phone No. Fax No.

[signature]
Judge/Division
6-4-24

JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY CIRCUIT COURT
105 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI 63105 -1766

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

CASE NUMBER: 23SL-CC03022

COURT DATE: JUNE 6, 2024

VANESSA LANGE
VS

DIVISION: RM. 487 NORTH, DIV 17

WAL-MART STORES EAST LP

THE ABOVE STYLED CAUSE WILL BE DISMISSED WITHOUT PREJUDICE BY THE COURT ON THE DATE INDICATED ABOVE. COSTS TO BE ASSESSED AGAINST THE FILING PARTY PURSUANT TO RULE 77.01.

IF REQUESTING A REMOVAL, **APPEAR PRIOR TO THE ABOVE INDICATED DATE.** AT THAT TIME, UPDATE THE COURT AS TO THE CURRENT STATUS OF THE RELATED LITIGATION OR CIRCUMSTANCES WHICH HAVE DELAYED THESE PROCEEDINGS.

IF THIS IS A CASE PASSED FOR SETTLEMENT, MORE THAN 30 DAYS HAS ELAPSED. THE CASE WILL BE DISMISSED, AS STATED ABOVE, UNLESS YOUR DISMISSAL IS FILED WITH THE DIVISION CLERK **PRIOR TO THE ABOVE DISMISSAL DATE.**

JOAN M. GILMER, CIRCUIT CLERK
April 26, 2024




23SL-CC03022 RM. 487 NORTH, DIV 17
MARK EDWARD BLANKENSHIP
3544 OXFORD BLVD
MAPLEWOOD, MO 63143